**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK BACULANTA, | ) NO. CV 12-8467-DMG (MAN) |
| Plaintiff, | ) ORDER ACCEPTING FINDINGS |
| v. | ) AND RECOMMENDATIONS OF |
| SHERIFF DEPUTY BAILY, et al., | ) UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the filings and records herein, and the Final Report and Recommendation of United States Magistrate Judge. The Court accepts the findings and recommendations set forth in the Magistrate Judge's Final Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: July 31, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE