1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   RICK BACULANTA,                    ) NO. CV 12-8467-DMG (MAN)
                                         )
12              Plaintiff,               )
                                         )
13       v.                              ) JUDGMENT
                                         )
14   SHERIFF DEPUTY BAILY, et al.,       )
                                         )
15              Defendants.              )
     _____)

16

17

18       Pursuant  to  the  Court's  Order  Accepting  Findings  and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that the above-captioned action is dismissed without

22   prejudice,  pursuant  to  Rule  41(b)  of  the  Federal  Rules  of  Civil

23   Procedure.

24

25   DATED:  July 31, 2013

26

27

28                          UNITED STATES DISTRICT JUDGE
                            DOLLY M. GEE